UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:22-cr-35-MOC

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DOMINIQUE DUGGINS, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Unopposed Motion to Continue Hearing (#31).

The Court will **GRANT** the motion, and Defendant's sentencing hearing will be scheduled for a date to be determined, but not before the end of the Court's November trial setting.

**IT IS SO ORDERED**.

Signed: August 18, 2023

Max O. Cogburn Jr
United States District Judge